1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Hendrick Block

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11

12 HENDRICK BLOCK,                        )  No.  1:20-cv-01691-DAD-BAM
                                          )
13         Plaintiff,                     )  **PLAINTIFF'S REQUEST TO CONTINUE**
                                          )  **MANDATORY SCHEDULING**
14      vs.                               )  **CONFERENCE; ORDER**
                                          )
15 TULE RIVER TRIBAL COUNCIL, a           )
   federally recognized Indian Tribe; TULE)  Date:       March 2, 2021
16 RIVER ECONOMIC DEVELOPMENT             )  Time:       8:30 a.m.
   CORPORATION dba EAGLE FEATHER          )  Courtroom:  8 (6th Floor)
17 TRADING POST #2;                       )
                                          )  Magistrate Judge Barbara A. McAuliffe
18         Defendants.                    )
                                          )
19                                        )
                                          )
20                                        )
                                          )
21 _____ )

22

23      Plaintiff Hendrick Block ("Plaintiff"), by and through his attorneys of record, hereby

24 requests a continuance of the Mandatory Scheduling Conference currently scheduled in this

25 matter for March 2, 2021 at 8:30 a.m. for the reasons set forth below.

26      1.    Clerk's default has been entered against defendant Tule River Economic

27 Development Corporation dba Eagle Feather Trading Post #2 due to its failure to timely appear

28 or file a responsive pleading in this action (Dkt. 6).

2. Plaintiff served the Summons and Complaint on the remaining defendant, Tule River Tribal Council, a federally recognized Indian Tribe ("TRTC"); however, service will be effective on February 15, 2021.

3. Therefore, Plaintiff requires further time for TRTC to make an appearance in the action.

4. Because TRTC has not appeared in the action, Plaintiff has been unable to meet and confer with TRTC or prepare a joint scheduling report.

For the reasons set forth above, Plaintiff respectfully requests that the Mandatory Scheduling Conference currently set for March 2, 2021 be continued to a date after April 30, 2021 at the Court's convenience.

Dated: February 19, 2021                      MOORE LAW FIRM, P.C.

                                              */s/ Tanya E. Moore*
                                              Tanya E. Moore
                                              Attorney for Plaintiff,
                                              Hendrick Block

## ORDER

Upon request by Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for March 2, 2021 is continued to **May 4, 2021, at 9:30 AM** before Magistrate Judge Barbara A. McAuliffe in Courtroom 8 of the above-entitled Court. A Joint Scheduling Report shall be filed one week prior to the Conference. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **February 22, 2021**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE