UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>          Plaintiff,<br><br>    v.<br><br>TULE RIVER TRIBAL COUNCIL, a federally recognized Indian Tribe; TULE RIVER ECONOMIC DEVELOPMENT CORPORATION dba EAGLE FEATHER TRADING POST #2,<br><br>          Defendants. | Case No.  1:20-cv-01691-DAD-BAM<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE ENTRY OF DEFAULT**<br><br>(Doc. 11) |

On April 1, 2021, the parties filed a stipulation that the Clerk of the Court's entry of default against Defendant Tule River Economic Development Corporation (Doc. 6) be set aside and that a response to the complaint on behalf of Defendants Tule River Tribal Council and Tule River Economic Development Corporation dba Eagle Feather Trading Post #2 (collectively "Defendants") be filed within twenty-one (21) days of the entry of the order setting aside default. (Doc. 11.)

Pursuant to the parties' stipulation, and cause shown, the stipulation to set aside the Clerk's entry of default is GRANTED.  The Clerk of the Court is directed to VACATE the entry of default as to Defendant Tule River Economic Development Corporation. (Doc. 6.)  Defendants

///

1

shall file an answer or other responsive pleading to the complaint within twenty-one (21) days following entry of this order.

IT IS SO ORDERED.

    Dated: **April 2, 2021**　　　　　　　　　/s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE