UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TULE RIVER TRIBAL COUNCIL, a federally recognized Indian Tribe; TULE RIVER ECONOMIC DEVELOPMENT CORPORATION dba EAGLE FEATHER TRADING POST #2,<br><br>　　　　　Defendants. | Case No.  1:20-cv-01691-DAD-BAM<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. 13) |

　　　　On April 14, 2021, the parties filed a stipulation to extend the time for Defendants Tule River Tribal Council and Tule River Economic Development Corporation dba Eagle Feather Trading Post #2 (collectively "Defendants") to respond to this action to May 24, 2021.  The parties further stipulated to continue the May 4, 2021 Mandatory Scheduling Conference to a date after June 30, 2021.  (Doc. 13.)

　　　　The parties having so stipulated, IT IS HEREBY ORDERED that Defendants shall have until May 24, 2021, to respond to this action, and the Mandatory Scheduling Conference is continued to **July 1, 2021, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. A Joint Scheduling Report shall be filed one week prior to the conference. The parties shall appear at the conference remotely either via Zoom video conference

1

or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **April 15, 2021**                              /s/ *Barbara A. McAuliffe*           _
                                                         UNITED STATES MAGISTRATE JUDGE

2