1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Hendrick Block

7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>  Plaintiff,<br><br>  vs.<br><br>TULE RIVER TRIBAL COUNCIL, a federally recognized Indian Tribe; TULE RIVER ECONOMIC DEVELOPMENT CORPORATION dba EAGLE FEATHER TRADING POST #2;<br><br>  Defendants. | No.  1:20-cv-01691-DAD-BAM<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>Date:         October 4, 2021<br>Time:        9:00 a.m.<br>Courtroom:  8 (6th Floor)<br><br>Magistrate Judge Barbara A. McAuliffe |

Plaintiff Hendrik Block and Defendants Tule River Tribal Council and Tule River Economic Development Corporation (collectively "the Parties"), by and through their attorneys of record, hereby request that the Mandatory Scheduling Conference currently scheduled in this matter for October 4, 2021 at 9:00 a.m. be continued to a later date at the Court's discretion. Good cause exists for the continuance as Defendants have filed a motion to dismiss (Dkt. 15) which has been fully briefed and remains under submission.

//

**IT IS SO STIPULATED.**

Dated:  September 21, 2021                                      MOORE LAW FIRM, P.C.

                                                                                         */s/ Tanya E. Moore*
                                                                                         Tanya E. Moore
                                                                                         Attorney for Plaintiff,
                                                                                         Hendrik Block

Dated:  September 21, 2021                                      PROCOPIO, CORY, HARGREAVES &
                                                                                         SAVITCH LLP

                                                                                         */s/ Zagros S. Bassirian*
                                                                                         S. Todd Neal
                                                                                         Zagros S. Bassirian
                                                                                         Attorneys for Defendants,
                                                                                         Tule River Tribal Council and Tule River
                                                                                         Economic Development Corporation

## **ORDER**

Having considered the Parties' request, and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for October 4, 2021 be continued to **January 4, 2022, at 9:00 am** before Magistrate Judge Barbara A. McAuliffe in Courtroom 8 of the above-entitled Court with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required. A Joint Scheduling Report shall be filed one week prior to the Conference.

IT IS SO ORDERED.

Dated:   **September 22, 2021**                           /s/ *Barbara A. McAuliffe*
                                                                                         UNITED STATES MAGISTRATE JUDGE