1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Hendrick Block

7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK, | No.  1:20-cv-01691-DAD-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |
| vs. | |
| TULE RIVER TRIBAL COUNCIL, a federally recognized Indian Tribe; TULE RIVER ECONOMIC DEVELOPMENT CORPORATION dba EAGLE FEATHER TRADING POST #2; | Date:          January 4, 2022<br>Time:          9:00 a.m.<br>Courtroom:   8 (6th Floor)<br><br>Magistrate Judge Barbara A. McAuliffe |
| Defendants. | |

Plaintiff Hendrik Block and Defendants Tule River Tribal Council and Tule River Economic Development Corporation (collectively "the Parties"), by and through their attorneys of record, hereby request that the Mandatory Scheduling Conference currently scheduled in this matter for January 4, 2022 at 9:00 a.m. be continued to a later date at the Court's discretion. Good cause exists for the continuance as Defendants have filed a motion to dismiss (Dkt. 15) which has been fully briefed and remains under submission.

//

**IT IS SO STIPULATED.**

Dated: December 15, 2021                                MOORE LAW FIRM, P.C.

                                                        */s/ Tanya E. Moore*
                                                        Tanya E. Moore
                                                        Attorney for Plaintiff,
                                                        Hendrik Block

Dated: December 15, 2021                                PROCOPIO, CORY, HARGREAVES &
                                                        SAVITCH LLP

                                                        */s/ Zagros S. Bassirian*
                                                        S. Todd Neal
                                                        Zagros S. Bassirian
                                                        Attorneys for Defendants,
                                                        Tule River Tribal Council and Tule River
                                                        Economic Development Corporation

## **ORDER**

Having considered the Parties' request, and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for January 4, 2022 be continued to **May 4, 2022, at 9:00 a.m. before Magistrate Judge Barbara A. McAuliffe in Courtroom 8** of the above-entitled Court. The parties shall appear at the Conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the Conference. The Zoom ID and password are confidential and are not to be shared. Appropriate court attire required. A Joint Scheduling Report shall be filed one week prior to the Conference.

IT IS SO ORDERED.

Dated:   **December 22, 2021**                          /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE