1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Hendrick Block

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11 HENDRIK BLOCK,                        )  No.  1:20-cv-01691-DAD-BAM
                                         )
12          Plaintiff,                   )  **STIPULATION TO CONTINUE**
                                         )  **MANDATORY SCHEDULING**
13     vs.                               )  **CONFERENCE; [~~PROPOSED~~] ORDER**
                                         )
14 TULE RIVER TRIBAL COUNCIL, a          )
   federally recognized Indian Tribe; TULE )  Date:        May 4, 2022
15 RIVER ECONOMIC DEVELOPMENT            )  Time:        9:00 a.m.
   CORPORATION dba EAGLE FEATHER         )  Courtroom:   8 (6th Floor)
16 TRADING POST #2;                      )
                                         )  Magistrate Judge Barbara A. McAuliffe
17                                       )
            Defendants.                  )
18                                       )
                                         )
19                                       )
                                         )
20 _____ )

21

22      Plaintiff Hendrik Block and Defendants Tule River Tribal Council and Tule River

23 Economic Development Corporation (collectively "the Parties"), by and through their attorneys

24 of record, hereby request that the Mandatory Scheduling Conference currently scheduled in

25 this matter for May 4, 2022 at 9:00 a.m. be continued to a later date at the Court's discretion.

26 Good cause exists for the continuance as Defendants have filed a motion to dismiss (Dkt. 15)

27 which has been fully briefed and remains under submission.

28 //

1   **IT IS SO STIPULATED.**

2   Dated: April 14, 2022                          MOORE LAW FIRM, P.C.

3

4                                                  */s/ Tanya E. Moore*
                                                   Tanya E. Moore
5                                                  Attorney for Plaintiff,
                                                   Hendrik Block
6

7   Dated: April 14, 2022                          PROCOPIO, CORY, HARGREAVES &
                                                   SAVITCH LLP
8

9                                                  */s/ Zagros S. Bassirian*
                                                   S. Todd Neal
10                                                 Zagros S. Bassirian
                                                   Attorneys for Defendants,
11                                                 Tule River Tribal Council and Tule River
                                                   Economic Development Corporation
12

13                          **ORDER**

14       Having considered the Parties' request, and good cause appearing,

15       **IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set

16  for May 4, 2022, is continued to **September 7, 2022, at 9:30 AM before Magistrate Judge**

17  **Barbara A. McAuliffe in Courtroom 8** of the above-entitled Court. A Joint Scheduling

18  Report shall be filed one week prior to the Conference. The parties shall appear at the

19  Conference remotely either via Zoom video conference or Zoom telephone number. The

20  parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the

21  Conference. The Zoom ID and password are confidential and are not to be shared. Appropriate

22  court attire required.

23

24  IT IS SO ORDERED.

25

26      Dated:   **April 15, 2022**              /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE
27

28